THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KIRK ARDELL SJODIN,<br><br>                      Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                      Respondent. | **MEMORANDUM DECISION AND ORDER DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE**<br><br>Case No. 4:23-cv-00019-DN<br><br>District Judge David Nuffer |

Kirk Ardell Sjodin ("Sjodin") filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("Motion").[1] In the Motion, Sjodin challenges his "ongoing detention" and seeks "immediate release of all records, wrongful conviction suit, suppression of charges filed," and compensation of $69,017,000.00.[2] As explained below, the Motion is DENIED because it is procedurally improper and is moot due to Sjodin's pending direct appeal of his conviction in the Tenth Circuit Court of Appeals.

A motion under § 2255 may be filed by "[a] prisoner in custody under sentence of a court . . . ."[3] Where a defendant "has not yet been convicted or sentenced" a "§ 2255 motion is therefore inappropriate and is denied."[4] The Motion here was filed on March 13, 2023, prior to Sjodin's bench trial, conviction, or sentencing. Accordingly, it was procedurally premature and

---

[1] Docket no. 1, filed March 13, 2023.

[2] *Id.* at 1, 12.

[3] 28 U.S.C. § 2255(a).

[4] *Dean v. United States*, No. 1:24-CV-197-TC, 2024 WL 5008825, at *1 (D. Utah Dec. 6, 2024).

improper. Prior to the Motion's filing, Sjodin previously sought similar relief under § 2255,[5] which was denied by Judge Robert Shelby for reasons similar to the reasons explained herein.[6] Judge Shelby's analysis included Sjodin's prior motion being filed prior to sentencing and therefore not properly brought under § 2255.[7] The Motion is DENIED because it was filed prematurely.

"Absent extraordinary circumstances, the orderly administration of criminal justice precludes a district court from considering a § 2255 motion while review of the direct appeal is still pending."[8] After the Motion was filed, a bench trial was held,[9] and Findings of Fact and Conclusions of Law were entered finding Sjodin guilty of violating 18 U.S.C. § 922(g)(1).[10] Sjodin was sentenced August 23, 2023[11] and judgment was entered August 31, 2023.[12] Currently still pending is Sjodin's direct appeal of his criminal conviction.[13] In his Motion, Sjodin raises issues of suppression of evidence, a Brady violation, conspiracy to convict, and access to courts and law library. Sjodin's direct appeal has raised all of the issues in the Motion.[14] There are no

---

[5] Docket no. 1 in case no. 4:23-cv-00004-RJS, filed January 10, 2023.

[6] Order Denying Plaintiff's Motion to Vacate, Set Aside, or Correct Sentence and Motion for Summary Judgment, docket no. 5 in case no. 4:23-cv-00004-RJS, filed November 1, 2023.

[7] Order Denying Plaintiff's Motion to Vacate, Set Aside, or Correct Sentence and Motion for Summary Judgment, docket no. 5 in case no. 4:23-cv-00004-RJS, filed November 1, 2023.

[8] *United States v. Scott*, 124 F.3d 1328, 1330 (10th Cir. 1997) (quotation marks and citation omitted).

[9] Minute Entry for proceedings held before Judge Robert J. Shelby in case no. 4:22-cr-00105-RJS-1, docket no. 175, filed April 26, 2023.

[10] Docket no. 178 in case no. 4:22-cr-00105-RJS-1, filed May 12, 2023.

[11] Minute Entry for proceedings held before Judge Robert J. Shelby in case no. 4:22-cr-00105-RJS-1, docket no. 201, filed August 23, 2023.

[12] Docket no. 202 in case no. 4:22-cr-00105-RJS-1, filed May 12, 2023.

[13] Tenth Circuit appellate case 23-4069, filed May 17, 2023.

[14] *See generally* Appellate Brief with Memorandum of Points and Authorities, docket no 53-1 in Tenth Circuit appellate case 23-4069, filed February 5, 2024.

extraordinary circumstances that require § 2255 review prior to resolution of Sjodin's direct appeal. The Motion is DENIED because Sjodin's direct appeal prevents a § 2255 review.

## ORDER

IT IS HEREBY ORDERED that the Motion[15] is DENIED without prejudice. The Clerk of Court is directed to close this matter.

Signed April 25, 2025.

BY THE COURT

David Nuffer
United States District Judge

---

[15] Docket no. 1, filed March 13, 2023.